```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/25/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GLENN MILLER, on behalf of himself
and all others similarly situated,

           Plaintiff,

-against-

DYNAMIC RECOVERY SOLUTIONS,
LLC; and JOHN DOES 1-25,

           Defendants.

20 Civ. 3219 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 19, 2020, the Court directed the parties to submit a joint letter and proposed case management plan by June 24, 2020. ECF No. 16; *see also* ECF No. 6 ¶ 5. That submission is now overdue. The parties are hereby ORDERED to file a joint letter and proposed case management plan by **June 29, 2020**.

SO ORDERED.

Dated: June 25, 2020
      New York, New York

                                        ANALISA TORRES
                                  United States District Judge